1

2

3

4

5

6

7

**FILED**

MAR 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

JOSE AYON,                              )    No. C 07-6255 MJJ (PR)
                                        )
            Plaintiff,                   )    **ORDER OF DISMISSAL**
                                        )
    v.                                   )
                                        )
T. RICHARDSON, et al.,                   )
                                        )
            Defendants.                  )
_____ )

16          Plaintiff, a California prisoner, filed this pro se civil rights complaint pursuant to 42

17    U.S.C. § 1983 alleging that his constitutional rights were violated while he was incarcerated

18    at Salinas Valley State Prison ("SVSP"). He has applied for leave to proceed in forma

19    pauperis.

20          A federal court must conduct a preliminary screening in any case in which a prisoner

21    seeks redress from a governmental entity or officer or employee of a governmental entity.

22    See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and

23    dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may

24    be granted or seek monetary relief from a defendant who is immune from such relief. See id.

25    § 1915A(b)(1),(2). Pro se pleadings, however, must be liberally construed. See Balistreri v.

26    Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988). To state a claim under 42 U.S.C. §

27    1983, a plaintiff must allege two essential elements: (1) that a right secured by the

28    G:\PRO-SE\MJJ\CR.07\ayon2.dup.wpd

*United States District Court*
*For the Northern District of California*

1  Constitution or laws of the United States was violated, and (2) that the alleged violation was

2  committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42,

3  48 (1988).

4        The claims plaintiff raises in the instant action were raised in an earlier action he filed

5  in this court, which has been dismissed for failure to state a cognizable claim for relief.

6  Ayon v. Richardson, No. C 07-3693 MJJ (PR). Duplicative or repetitious litigation of the

7  same causes of action brought by prisoners seeking leave to proceed in forma pauperis is

8  subject to dismissal under 28 U.S.C. § 1915(e) as malicious. See Bailey v. Johnson, 846 F.2d

9  1019, 1021 (5th Cir. 1988). Similarly, an in forma pauperis complaint that merely repeats

10  pending or previously litigated claims may be considered abusive and dismissed under the

11  authority of § 1915. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995);

12  Bailey, 846 F.2d at 1021. In this action, plaintiff has for a second time brought the same

13  claims, against the same defendants, regarding their alleged violation of his constitutional

14  rights at SVSP. Because this action is duplicative of plaintiff's earlier case, this action is

15  hereby DISMISSED.

16        The Clerk shall close the file.

17        IT IS SO ORDERED.

18  DATED: 3 / 3 1 / 2008

19                      MARTIN J. JENKINS
                    United States District Judge

20

21

22

23

24

25

26

27

28

G:\PRO-SE\MJJ\CR.07\ayon2.dup.wpd         2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,

        Plaintiff,

v.

T. RICHARDSON et al,

        Defendant.

_____/

Case Number: CV07-06255 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Alberto Ayon P-22590
Kern Valley State Prison - B-6
P.O. Box 5102
Delano, CA 93216

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk