FILED
APR 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AYON,

        Plaintiff(s),

v.

T. RICHARDSON,

        Defendant(s),

No. C07-06255 MJJ

**JUDGMENT**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

The Court has **dismissed** the instant petition for a Writ of Habeas Corpus on the merits. Therefore, judgment is entered in favor of the respondent. Petitioner shall take nothing by way of his petition.

IT IS SO ORDERED.

Dated:    April 2, 2008

                                            Martin J. Jenkins
                                            U.S. District Court Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,

        Plaintiff,

v.

T. RICHARDSON et al,

        Defendant.
_____/

Case Number: CV07-06255 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Alberto Ayon P-22590
Kern Valley State Prison - B-6
P.O. Box 5102
Delano, CA 93216

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk