1  JOSE AYON (P-22590)
2  Kern Valley State Prison
3  P.O. Box 5102
4  Delano, Ca. 93216
5  In Pro Per

FILED
08 MAY 12 PM 2:05
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,
    Plaintiff,
v.
T. RICHARDSON,
    Defendant.

NO. OF CASE: C 07-06255 MJJ (PR)

NOTICE OF APPEAL

Plaintiff hereby appeal the judgment of the District Court For The Northern Dist. of California which was entered and filed on April 2, 2008.

Dated: May 2, 2008.

Respectfully Submitted,

J. Ayon
JOSE AYON
Plaintiff In Pro Per



## PROOF OF SERVICE BY MAIL BY PRISONER "IN PRO PER"

I hereby certify that I am over 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:

_Kern Valley State Prison_
_P.O. Box 5102, Delano, California. 93216_

On the "date" specified below, I served the indicated document on opposing counsel in this action at their business address by (check one):

[ ] Giving the document to a correctional officer with directions to file the document with the court ("prison mailbox rule")

[X] Placing the document in an envelope, which was then sealed and postage fully paid thereon, and thereafter I caused the document to be mailed by first-class mail, with postage affixed.

Case Name: _C 07-06255 MJJ (PR)_

Date: _May 2, 2008_

Document(s) Served (check one or both):

[ ] Petition for Writ of Habeas Corpus

[X] Others (list):

_NOTICE OF APPEAL_

Service Upon (opposing counsel's name and address):

_Clerk of The Court - Northern Dist. of Calif._

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Delano_ (city), California.

PRINTED NAME: _Jose Ayon_
SIGNATURE: _J. Ayon_