UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

May 15, 2008

**MAY 19 2008**

FILED
DOCKETED _____
DATE _____ INITIAL

### CASE INFORMATION:
Short Case Title: <u>JOSE AYON</u>-v-<u>T. RICHARDSON</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-06255 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>12/11/07</u>
Date Appealed order/judgment *entered* <u>4/3/08</u>
Date NOA *filed* <u>5/12/08</u>
Date(s) of Indictment       Plea Hearing                  Sentencing

08-16212

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>n/a</u>

*Magistrate Judge's Order? If so, please attach.*

FILED
MAY 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### FEE INFORMATION
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: <u>1/23/08</u>                Date FP denied:
Is FP pending? ☐ yes ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (Please include email address)
Appellate Counsel:                  Appellee Counsel:
see docket sheet                    no appearance

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID:                        Address:
Custody:
Bail:

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
(415) 522-2099

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE ALBERTO AYON,<br><br>　　　　Plaintiff - Appellant,<br><br>V.<br><br>T. RICHARDSON, Sgt.,<br><br>　　　　Defendant - Appellee. | No. 08-16212<br>D.C. No. 3:07-CV-06255-MJJ<br>Northern District of California,<br>San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., June 30, 2008**　　Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**
**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**
**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　RT
　　　　　　　　　　　　　　　　Ruben Talavera
　　　　　　　　　　　　　　　　Deputy Clerk




Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

May 19, 2008

| | |
|---|---|
| CA9 Docket No.: | 08-16212 |
| Agency Number: | 3:07-CV-06255-MJJ |
| Short Title: | Jose Ayon v. T. Richardson |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**