**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE ALBERTO AYON,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>T. RICHARDSON, Sgt.,<br><br>    Defendant - Appellee. | No. 08-16212<br><br>D.C. No. 3:07-CV-06255-MJJ<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

    A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated June 11, 2008.

    A copy of this order sent to the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Robert Sansone
Deputy Clerk